UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 01-4331

FILED
KENNETH J. MURPHY
CLERK

03 OCT 24 PM 1:55

Filed: October 23, 2003

ALI ARANI, M.D.

    Plaintiff - Appellant

v.

TRIHEALTH INC., et al.,

    Defendant - Appellee

C-1-00-944
SJD

## MANDATE

Pursuant to the court's disposition that was filed 10/1/03 the mandate for this case hereby issues today.

A True Copy.

COSTS: NO COSTS TAXED

Attest:

Filing Fee ..........$
Printing ............$

    Total ........$

Robin Duncan
Deputy Clerk